# EXHIBIT C-1

## ARTICLE XXXVI - DURATION OF AGREEMENT

This Agreement shall become effective as of May 1, 2016, and shall remain in effect until April 30, 2020 and shall continue from year-to-year thereafter; provided, however, that each party reserves the right to give notice to the other at least sixty (60) days prior to April 30, 2020 of its desire to change or terminate said Agreement.

**FOR THE EMPLOYER:**
**Merchants Building Maintenance**

By: _____
Date: 2/6/18

**FOR THE UNION:**
**Service Employees International Union, United Service Workers West**

By: _____
Date: 2/5/18