# EXHIBIT D



# GENERAL EMPLOYEES TRUST FUND

TRUST ADMINISTRATIVE OFFICE: 355 GELLERT BLVD, SUITE 100 - DALY CITY, CA 94015    ENGLISH: (650) 570-7300 or (800) 632-4640
ESPAÑOL: (866) 239-0368

**SUBSCRIPTION AGREEMENT**
(Bargaining Unit Employees Only)



RECEIVED MAR 24 2015 By CD 10W057

1. The undersigned Employer is signatory to a collective bargaining agreement with _____ SEIU- USWW _____ ("Union") under which the Employer is required to contribute to the General Employees Trust Fund ("Fund") on behalf of the Employer's bargaining unit employees. The Employer may not provide coverage through the Fund for the Employer's non-bargaining unit employees unless it signs a separate subscription agreement for non-bargaining unit employees.

2. The undersigned Employer hereby acknowledges that it has received a copy of the Restated Trust Agreement for the General Employees Trust Fund, effective September 1, 2010, that it has read and understands its terms, and that it intends and desires to become a participating Employer in the Fund. The undersigned Employer hereby acknowledges that it has received a copy of the Fund's Rules of Participation and that it has read and understands its terms.

3. The Employer agrees to be bound by the terms and conditions of the Restated Trust Agreement and any and all amendments thereto and restatements thereof and all other rules, regulations and resolutions adopted by the Trustees, both prospectively and retrospectively, including but not limited to the Rules of Participation. The Employer further agrees to be bound by all provisions contained in this Subscription Agreement.

4. The Employer hereby grants power of attorney to the Employer Trustees now in office, or their successors, to administer the Trust Fund as the representatives of the Employer with full authority to act for the Employer in the administration of the Trust Fund.

5. The Employer hereby agrees to make available to the Trustees or their agents, upon reasonable notice, all books, records and papers necessary to conduct an audit to verify that all required contributions and other monies have been paid.

6. In the event that the Employer wishes to make contributions for non-bargaining unit employees, the Employer must execute a separate subscription agreement for those non-bargaining unit employees. Furthermore, the Trustees may, at their sole option, terminate Fund coverage for owners and/or non-bargaining unit employees at any time after the first day on which the Employer fails to pay any contribution required by that separate subscription agreement and/or by any collective bargaining agreement, or otherwise fails to comply with the terms of that separate subscription agreement.

7. The Employer's contribution rate for each bargaining unit employee is established by the Employer's collective bargaining agreement. If the contribution rate in the collective bargaining agreement is less than the rate set by the Fund, the Employer is responsible for obtaining the difference from each employee and submitting to the Fund the full contribution rate set by the Fund.

Subscription Agreement - Bargaining Unit
Revised February 1, 2012
Page 2 of 2

8. This Subscription Agreement is not meant to replace the Trust Agreement, amendments thereto and restatements thereof, resolutions, rules and regulations of the Board of Trustees or the collective bargaining agreement between the Employer and the Union, but rather to set forth the general rules for participation.

EMPLOYER  Merchants Building Maintenance

By  WALLACE E. REID
Printed Name

Signature  [signed]

Title  Regional Vice President

Mailing Address  606 Monterey Pass Road, Monterey Park

Date  2/24/2014