# EXHIBIT F

Robert Bonsall
Geoffrey Piller
Catherine E. Holzhauser
John C. Provost
Andrew H. Baker
Sheila K. Sexton
Dale L. Brodsky
Costa Kerestenzis
Peter M. McEntee
Susan K. Garea
Sarah Sandford-Smith
Christopher Hammer
Stephanie Platenkamp
Lorrie E. Bradley
Tony Rice
Sarah S. Kanbar
Kena C. Cador
Travis S. West

# BEESON, TAYER & BODINE
### Attorneys at Law
A Professional Corporation
520 Capitol Mall, Suite 300
Sacramento, California 95814-4714
(916) 325-2100
FAX (916) 325-2120

Oakland Office
483 Ninth Street, Suite 200
Oakland, CA 94607-4051
(510) 625-9700
FAX (510) 625-8275

Donald S. Tayer
(1932-2001)

WWW.BEESONTAYER.COM

Of Counsel
Duane B. Beeson

December 12, 2019

cholzhauser@beesontayer.com

Mr. David Haas, President
Merchants Building Maintenance
1190 Monterey Pass Road
Monterey Park, CA 91754

Re: Contributions Owed to the General Employees Trust Fund for the January 2017 – May 2018 Audit

Dear Mr. Haas:

As I discussed with Ms. Teh, this law firm represents the General Employees Trust Fund. As Trust Counsel, we have been instructed to take whatever legal measures are necessary to collect contributions, liquidated damages, interest, claims paid and audit fees owed by Merchants Building Maintenance. She indicated that you will be handling this matter on behalf of the company.

An audit of your company's payroll records reveals that for the period of January 1, 2017 through May 31, 2018 certain covered employees were not properly reported. This failure has resulted in a deficiency of **$333,280.98**; $271,074.65 in under-reported contributions, $27,107.47 in liquidated damages, $26,863.35 in interest, $61.51 in claims paid and $8,174.00 in audit fees. For your reference, I have attached a copy of the Summary Report and audit.

On behalf of the Trustees, I am now requesting that you pay the amount due or contact me immediately concerning this matter. Please make your $333,280.98 check payable to General Employees Trust Fund and send it to my office. Thank you for your attention to this matter.

Very truly yours,

Catherine E. Holzhauser

CEH/ak

Enclosures

858628 (1482-0004) A5