CATHERINE E. HOLZHAUSER, SBN 118756
CHRISTOPHER O. HAMMER, SBN 272543
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA  95814
Telephone:     (916) 325-2100
Facsimile:      (916) 325-2120
Email:            chammer@beesontayer.com

Attorneys for Plaintiff
Trustees on Behalf of General Employees Trust Fund

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AT SAN FRANCISCO

| | |
|---|---|
| TRUSTEES ON BEHALF OF GENERAL EMPLOYEES TRUST FUND,<br><br>        Plaintiff,<br><br>   v.<br><br>MERCHANTS BUILDING MAINTENANCE COMPANY,<br><br>        Defendant. | Case No. 3:20-CV-6825<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Notice is hereby given of the entry of the undersigned as counsel for Plaintiff, TRUSTEES ON BEHALF OF GENERAL EMPLOYEES TRUST FUND, in the above-entitled action. All further notice and copies of pleadings, papers and other material relevant to this action should be served upon:

Christopher Hammer             chammer@beesontayer.com
Beeson, Tayer & Bodine, APC
520 Capitol Mall, Suite 300
Sacramento, CA  95814

Dated:  October 1, 2020                    BEESON, TAYER & BODINE, APC

                                          By:     */s/ Christopher Hammer*
                                                 CHRISTOPHER HAMMER
                                          Attorneys for Trustees on Behalf of General Employees Trust Fund