UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL EMPLOYEES TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>MERCHANTS BUILDING MAINTENANCE COMPANY,<br><br>Defendant. | Case No.  4:20-cv-06825-DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference scheduled for December 30, 2020 at 1:30 p.m. has been CONTINUED to **January 6, 2021 at 1:30 p.m.** by Zoom Video Conference.  Parties can find the static Zoom link to Judge Ryu's virtual Zoom courtroom at: https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.  Parties shall file a Joint Case Management Conference Statement by no later than December 30, 2020.  Parties shall comply with Judge Ryu's Standing Order re: Civil Case Management, available on the court's website.  Immediately upon receipt of this Order, Plaintiff shall serve the Defendant with a copy of this Order and file a proof of service with the court.

**IT IS SO ORDERED.**

Dated: December 10, 2020

Donna M. Ryu
United States Magistrate Judge