CATHERINE E. HOLZHAUSER, SBN 118756
CHRISTOPHER O. HAMMER, SBN 272543
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA  95814-4714
Telephone:     (916) 325-2100
Facsimile:      (916) 325-2120
Email:            cholzhauser@beesontayer.com
                     chammer@beesontayer.com

Attorneys for Plaintiff Trustees on Behalf of General Employees Trust Fund

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF GENERAL EMPLOYEES TRUST FUND,<br><br>                                   Plaintiff,<br><br>              v.<br><br>MERCHANTS BUILDING MAINTENANCE COMPANY,<br><br>                                   Defendant. | Case No. 4:20-cv-06825-DMR<br><br>**ORDER (AS MODIFIED) RE PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE AND RELATED DEADLINES** |

Having considered Plaintiff's Ex Parte Application and Declaration of Christopher O. Hammer in support thereof, the Court finds good cause exists to continue the Initial Case Management Conference and corresponding dates as follows:

1. The Initial Case Management Conference will be continued from January 6, 2021 at 1:30 PM until March 17, 2020 at 1:30 PM.  The conference will be held by Zoom Video Conference via Judge Ryu's virtual Zoom courtroom at:  https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.

2. The Rule 26(f) Report, Initial Disclosures and Joint Case Management Conference Statement filing deadline will be continued from December 30, 2020 to March 10, 2021.

///

///

///

ORDER (AS MODIFIED) RE PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE
Case No. 4:20-cv-06825-DMR

1

934152

Plaintiff shall serve the Defendant with a copy of this Order and file a proof of service with the court.

**IT IS SO ORDERED AS MODIFIED.**

Dated:   December 14, 2020

By: _____
THE HONORABLE DONNA M. RYU
United States Magistrate Judge



2

ORDER (AS MODIFIED) RE PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE
Case No. 4:20-cv-06825-DMR

934152