1 | CATHERINE E. HOLZHAUSER, SBN 118756
CHRISTOPHER O. HAMMER, SBN 272543
2 | BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
3 | Sacramento, CA  95814
Telephone:   (916) 325-2100
4 | Facsimile:    (916) 325-2120
Email:          cholzhauser@beesontayer.com
5 |                    chammer@beesontayer.com

6

7 Attorneys for Plaintiff Trustees on Behalf of General Employees Trust Fund

8 | **UNITED STATES DISTRICT COURT**

9 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 | **AT SAN FRANCISCO**

| | |
|---|---|
| Trustees on Behalf of General Employees Trust Fund, | Case No. 4:20-CV-06825-DMR |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| Merchants Building Maintenance Company, | |
| Defendant. | |

| BEESON, TAYER & BODINE, APC<br>Catherine E. Holzhauser, Esq. (SBN 118756)<br>Christopher O. Hammer, Esq. (SBN 272543)<br>520 Capitol Mall, Suite 300<br>Sacramento, California 95814<br>ATTORNEY FOR (Name): TRUSTEES ON BEHALF OF GENERAL EMPLOYEES TRUST FUND | | | (916) 325-2100 | |
|---|---|---|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | | |
| PLAINTIFF/PETITIONER: TRUSTEES ON BEHALF OF GENERAL EMPLOYEES TRUST FUND<br>DEFENDANT/RESPONDENT: MERCHANTS BUILDING MAINTENANCE COMPANY | | | | |
| **PROOF OF SERVICE** | HEARING DATE:<br>N/A | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:20-cv-06825 |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (*specify document(s)*) **FIRST AMENDED COMPLAINT**

2.  a. Party served: **MERCHANTS BUILDING MAINTENANCE COMPANY**

    b. Person served: **Paracorp Incorporated, Agent for Service of Process**
    **Service was received by Christopher G., Customer Service Liaison**
    **(Hispanic, Male, 30, 5'9", 140 lbs., Brown eyes, Black hair)**

    c. Address: **2804 Gateway Oaks Drive, Room 100**
    **Sacramento, California 95833**

3. I served the party in item 2
    a. **by personally delivering** the copies    (1) on (*date*): **04/05/2021**
                                                  (2) at (*time*): **03:30 p.m.**

4. Person serving (*name, address, and telephone No.*):

    **Emma Correa**
    **Ace Attorney Service, Inc.**          f. **Fee** for service: $
    901 F Street, Suite 150
    Sacramento, California 95814            a. Not a Registered California process server.
    (916) 447-4000                          (1) Employee or independent contractor.
                                            (2) Registration No.: **N/A**
                                            (3) County: **N/A**

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Date:  **April 13, 2021**

                                            (signature)

#1938789RG

**PROOF OF SERVICE**