CATHERINE E. HOLZHAUSER, SBN 118756
CHRISTOPHER O. HAMMER, SBN 272543
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA  95814-4714
Telephone:    (916) 325-2100
Facsimile:     (916) 325-2120
Email:           cholzhauser@beesontayer.com
                    chammer@beesontayer.com

Attorneys for Plaintiff TRUSTEES ON BEHALF OF THE TEAMSTERS BENEFIT TRUST

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF GENERAL EMPLOYEES TRUST FUND,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MERCHANTS BUILDING MAINTENANCE COMPANY,<br><br>　　　　　　　　　　　　Defendant. | Case No. 4:20-cv-06825-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL (FRCP 41(a))** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(i), Plaintiff TRUSTEES ON BEHALF OF GENERAL EMPLOYEES TRUST FUND voluntarily dismisses the above-captioned action.

| | |
|---|---|
| Dated:  April 23, 2021 | BEESON, TAYER & BODINE, APC<br><br>By:   */s/ Christopher O. Hammer*<br>　　　CATHERINE E. HOLZHAUSER<br>　　　CHRISTOPHER O. HAMMER<br>Attorneys for Trustees on Behalf of General Employees Trust Fund |

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I declare that I am employed in the County of Sacramento, State of California.  I am over the age of eighteen (18) years and not a party to this action.  My business address is 520 Capitol Mall, Suite 300, Sacramento, CA  95814.  On April 23, 2021, I served the following document(s):

## NOTICE OF VOLUNTARY DISMISSAL

☒ **By Mail** to the parties in this action, as addressed below, in accordance with Code of Civil Procedure §1013(a), by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail.  At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California.

☐ **By Personal Delivery** to the parties in this action, as addressed below, of a true and correct copy thereof in accordance with Code of Civil Procedure §1011.

☐ **By Messenger Service** to the parties in this action, as addressed below, by placing a true and correct copy thereof in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service in accordance with Code of Civil Procedure § 1011.

☐ **By Overnight Delivery** to the parties in this action, as addressed below, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in an area designated for outgoing overnight mail.  Mail placed in that designated area is picked up that same day, in the ordinary course of business, for delivery the following day via United Parcel Service Overnight Delivery.

☐ **By Facsimile Transmission** to the parties in this action, as addressed below, a true and correct copy thereof in accordance with Code of Civil Procedure §1013(e).

☐ **By Electronic Service** to the parties in this action, at the electronic notification address(es) below.  Based on a court order or an agreement, the parties have agreed to accept service by electronic transmission in accordance with Code of Civil Procedure § 1010.6.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Merchants Building Maintenance
c/o Paracorp
2804 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Sacramento, California, on April 23, 2021.

*/s/ Nona Mounir*
Nona Mounir

Case No. 4:20-CV-06825-DMR